# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Dr. Paul Mark Bentley,

vs

NCO Financial Systems Inc.,

FILED
07 NOV 30 PM 1:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. '07 CV 2263 BEN (WMC)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigat
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 3 0 2007
DATE

By C. PUTTMANN, Deputy Clerk