Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3667 Voltaire Street
San Diego, CA  92106
Tel:    619/758-1891
Fax:   619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant
NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. PAUL MARK BENTLEY,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.: 07-CV 2263 BEN (WMC)<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

　　　　Defendant, NCO Financial Systems, Inc. (hereinafter "NCO"), and plaintiff, Paul Mark Bentley, jointly move this court for a 20-day extension of time for defendant to respond to the complaint.  This joint motion is based on the following:

　　　　Plaintiff filed his Complaint on November 30, 2007 and served NCO with Summons and Complaint on December 10, 2007.  NCO's response to the Complaint is presently due on December 31, 2007.  The parties have agreed that NCO may have a 20-day extension of time to evaluate this matter and respond to the Complaint.  No party will be prejudiced by this brief extension of time to respond to the Complaint.

///

///

///

Based on the foregoing, the parties jointly request a 20-day extension, until January 22, 2008, for NCO to respond to the Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 12/31/07 | Sessions, Fishman & Nathan in California, L.L.P. |
|  | /s/ Debbie P. Kirkpatrick<br>Debbie P. Kirkpatrick<br>Attorney for Defendant<br>NCO Financial Systems, Inc.<br>E-mail: dkirkpatrick@sessions-law.biz |
| Dated: 12/31/07 | Hyde & Swigart |
|  | /s/ Joshua B. Swigart<br>Joshua B. Swigart<br>Attorney for Plaintiff<br>Dr. Paul Mark Bentley<br>E-mail: josh@westcoastlitigation.com |

_____