UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. PAUL MARK BENTLEY,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.: 07-CV 2263 BEN (WMC)<br><br>ORDER GRANTING JOINT MOTION FOR 60-DAY EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

　　　　On January 2, 2008, the parties filed a joint motion for a 20-day extension of time for Defendant, NCO Financial Systems, Inc. to respond to the Complaint.  Good cause appearing, the Court GRANTS the motion.  Defendant's response to the Complaint must be filed on or before January 22, 2008.

　　　　IT IS SO ORDERED.

DATED:  January 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge