| | |
|---|---|
| 1 | Joshua B. Swigart, Esq. (SBN: 225557) |
|   | josh@westcoastlitigation.com |
| 2 | Robert L. Hyde, Esq. (SBN: 227183) |
|   | bob@westcoastlitigation.com |
| 3 | **HYDE & SWIGART** |
|   | 411 Camino Del Rio South, Suite 301 |
| 4 | San Diego, CA 92108-3551 |
|   | Telephone: (619) 233-7770 |
| 5 | Facsimile:  (619) 297-1022 |

Attorneys for Plaintiff
Dr. Paul Mark Bentley

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| DR. PAUL MARK BENTLEY, | Case No.: 07 CV 2263 BEN (WMC) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| NCO FINANCIAL SYSTEMS INC., | |
| Defendant. | |

JOSHUA SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770              Ref. No.       : 0303275-01
Attorney for : PLAINTIFF  Atty. File No. : 07CV2263BEN

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| PLAINTIFF  | : DR. PAUL MARK BENTLEY | Case No.: 07 CV 2263 BEN (WMC) |
|---|---|---|
| DEFENDANT | : NCO FINANCIAL SYSTEMS INC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    :    NCO FINANCIAL SYSTEMS INC.
                            AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   b. Person served  :    WENDY MAY, (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  818 WEST 7TH STREET
                                        LOS ANGELES, CA  90017     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  December 10, 2007   (2) at: 09:10 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    NCO FINANCIAL SYSTEMS INC.
                       AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. QUENTIN BUTLER
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California  92101
   c. 619-233-9700

   d. Fee for service: $84.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 11, 2007              Signature: _____
                                                QUENTIN BUTLER

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Dr. Paul Mark Bentley,

vs

NCO Financial Systems Inc.,

SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2263 BEN (WMC)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. S____ H__mrick, Jr.
CLERK

NOV 3 0 2007
DATE

By   C. PUTTMAN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2