UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. PAUL MARK BENTLEY,  )<br>  )<br>              Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NCO FINANCIAL SYSTEMS, INC.,  )<br>  )<br>              Defendants.  ) | Case No. 07cv2263 BEN (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

      On February 25, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Joshua Swigart, Esq. and Mark Bentley. Appearing for Defendant were Debbie Kirkpatrick, Esq.

      Settlement could not be reached in the case at this time.

      The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

      1.    The Rule 26(f) conference shall be completed on or before ***March 21, 2008***;

      2.    A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***March 28, 2008.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery

         and expert discovery; and,

3.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *April 4, 2008*;

4.    Counsel and parties with full settlement authority are ordered to appear *on April 8, 2008* at *2:00 p.m.* in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: February 25, 2008

                                              _____
                                              Hon. William McCurine, Jr.
                                              U.S. Magistrate Judge
                                              United States District Court

COPY TO:

HONORABLE ROGER T. BENITEZ, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD