Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Dr. Paul Mark Bentley

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. PAUL MARK BENTLEY,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS INC.,<br><br>Defendant. | Case No.: 07 CV 2263 BEN (WMC)<br><br>**NOTICE OF JOINT DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel of record, that the above-captioned action be and hereby is dismissed WITH prejudice pursuant to FRCP 41(a)(1)

| | |
|---|---|
| Dated:  March 28, 2008<br><br>_/S/ JOSHUA B. SWIGART__<br>**Joshua B. Swigart**<br>Attorney for Plaintiff | Dated: March 28, 2008<br><br>_/S/ DEBBIE KIRKPATRICK___<br>**Debbie Kirkpatrick**<br>Attorney for Defendant |