FILED

08 APR -2 PM 12:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. PAUL MARK BENTLEY,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | Case No.: 07 CV 2263 BEN (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Based on the Joint Motion to Dismiss filed in this case, Plaintiff's Complaint against Defendant NCO Financial Systems Inc., is dismissed WITH PREJUDICE in accordance with the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: April __, 2008

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE